ROY CHUMBLEY V. THE STATE.

No. 20485. Delivered May 3, 1939.

The opinion states the case.

*Ed Hoover, Jr.*, of Canadian, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

GRAVES, Judge.

The same facts are herein alleged as were presented in our No. 20484, Manuel Herring, opinion this day handed down, and the same proceedings were had herein as set forth in our No. 20484, (page 20 of this volume) and for the same reasons as therein set forth this cause is dismissed.